IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILFREDO MANUEL BAYONA
QUEZADA                                              :
                              Petitioner,            :
                                                     :
                                                     :
          v.                                         :          2:26-cv-02631
                                                     :
J.L. JAMISON, et al.                                 :
                                                     :
                              Respondents.           :

## ORDER

AND NOW, this 22nd day of April 2026, upon consideration of the Petitioner's Petition for a Writ of Habeas Corpus (Dkt. 1) the Government is here by ORDERED to SHOW CAUSE no later than April 27, 2026, at 12:00 p.m. as to why the Petition should not be granted.

The Clerk of Court is directed to serve the U.S. Attorney's Office for the Eastern District of Pennsylvania with an acceptance of service form, the Petition, and a copy of this Order.[1]

BY THE COURT:

GAIL A. WEILHEIMER,  J.

---

[1]     Petitioner's Counsel should separately forward the filing to the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov.